```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                         Criminal No. 09-cr-92-01-JL

<u>Matthew Miller</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 13) filed by defendant is granted in part.  The continuance is limited to 30 days.  No further continuances without a hearing.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                            _____
                                            Joseph N. Lapalnte
                                            United States District Judge

Date: August 13, 2009

cc:  James D. Gleason, Esq.
     Debra M. Walsh, AUSA
     U.S. Marshal
     U.S. Probation